UNITED STATES *v.* EAST INDIA STORE

**No. 4379.**—Invoice dated Yokohama, Japan, May 7, 1936.
Certified May 8, 1936.

Entered at Honolulu, T. H., May 15, 1936.
Entry No. 2929.

(Decided August 17, 1938)

*Charles D. Lawrence*, Acting Assistant Attorney General (*John J. McDermott*, special attorney), for the plaintiff.

*Lawrence & Tuttle* (*Frank L. Lawrence* of counsel) for the defendant.

EVANS, Judge: This is an appeal by the United States from a finding of value upon certain silk wearing apparel, etc., imported at the port of Honolulu, T. H. At the hearing it was agreed by counsel for the importer that the amount of 81.36 yen, which the witness for the Government stated represented packing charges, was a dutiable item

and should be added to the entered value to make the proper dutiable value. I therefore find the unit values to be as invoiced and entered plus the addition of 81.36 yen for packing.

Judgment will be rendered for the Government. It is so ordered.